Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−26355−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shakeya Holden
   239 Williamson Ave
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−7276

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/12/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 12, 2020
JAN: zlh

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shakeya Holden  
    Debtor

Case No. 19-26355-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Mar 12, 2020  
                  Form ID: 148     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
```
db            +Shakeya Holden,    239 Williamson Ave,    Hillside, NJ 07205-1439
518426566     +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
518426567     +Cntl Jer Adj,    201 Central Ave,    Westfield, NJ 07090-2151
518426570      Dr Joel Meer,    119-137 Clifford St,    Ste 101,    Newark, NJ 07105
518426572     +ICU Recovery and Transportation,    1512 E Edgar Rd,    Linden, NJ 07036-1511
518426575      PSE & G,    Bankruptcy Dept,    PO Box 940,    Cranford, NJ 07016
518426576     +Reve Manage,    520 Main Street   Ste 202,    Waltham, MA 02452-5583
518426579      Toyota Financial SErvices,    PO Box 790069,    Saint Louis, MO 63179-0069
518495854     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2020 01:00:20     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2020 01:00:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518426568     +EDI: CONVERGENT.COM Mar 13 2020 04:18:00     Convergent Outsourcing,    800 Sw 39th St,
               Renton, WA 98057-4927
518426569     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 13 2020 01:14:19     Credit One,
               PO Box 60500,    City of Industry, CA 91716-0500
518426571     +E-mail/Text: bknotice@ercbpo.com Mar 13 2020 01:00:27     Enhanced Recovery Co L,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
518426574      EDI: IRS.COM Mar 13 2020 04:18:00     Internal Revenue Serivce,    PO Box 724,
               Springfield, NJ 07081-0724
518426573     +EDI: PHINGENESIS Mar 13 2020 04:18:00     Indigo Celtic Bank,    268 State St #300,
               Salt Lake City, UT 84111-5314
518501415      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 01:15:12     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518443189      EDI: Q3G.COM Mar 13 2020 04:18:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
518490755      EDI: NEXTEL.COM Mar 13 2020 04:18:00     Sprint Corp,    Attn: Bankruptcy,    PO Box 7949,
               Overland Park, KS 662070949
518426577     +E-mail/Text: bankruptcy@savit.com Mar 13 2020 01:01:27     Sa-Vit Enterprises,    46 W Ferris St,
               East Brunswick, NJ 08816-2159
518426578      EDI: NEXTEL.COM Mar 13 2020 04:18:00     Sprint,    6391 Sprint Parkway,
               Overland Park, KS 66251-4300
518426580      EDI: TFSR.COM Mar 13 2020 04:18:00     Toyota Motor Credit,    4 Gatehall Dr Ste 350,
               Parsippany, NJ 07054
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:
```
              David Jerome Witherspoon    on behalf of Debtor Shakeya  Holden daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: Mar 12, 2020
                               Form ID: 148               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 5